# UNITED STATES DISTRICT COURT
## for the Middle District of Florida; Tampa Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case No.: 8:03-CR-313-T-17MAP |
| v.                       ) | USM No. 41266-018 |
|                          ) | |
| ALFRED LEE BETTARD       ) | |
| ──────────────────────── ) | |

Date of Previous Judgment:  March 5, 2004          AFPD James Skuthan
(Use Date of Last Amended Judgment if Applicable)  Defendant's Attorney

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of __ the defendant __ the Director of the Bureau of Prisons  _X_  the Court sua sponte under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u) and pursuant to the Joint Stipulation of the parties,

**IT IS ORDERED** that the motion is:
   _X_  GRANTED and the defendant's previously imposed sentence of imprisonment
   (as reflected in the last judgment issued) of **NINETY-TWO (92) MONTHS**  is reduced to
   **SEVENTY-SEVEN (77) MONTHS** or time served, whichever is greater.

_X_   The Court **GRANTS** the government's request that any order reducing the defendant's sentence provide that the defendant not be released sooner than 10 calendar days after the entry of the order and overrules defendant's objections. The Court finds that this is a reasonable administrative request from the government and the Bureau of Prisons.

### I.    COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | |
|---|---|
| Previous Offense Level:     25 | Amended Offense Level:     23 |
| Criminal History Category:  VI | Criminal History Category:  VI |
| Previous Guideline Range:   110 to 137 months | Amended Guideline Range:   92 to 115 months |

### II.   SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
_X_   The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less then the amended guideline range.

### III.  ADDITIONAL COMMENTS
Except as provided above, all provisions of the judgment dated March 5, 2004 shall remain in effect.

**IT IS SO ORDERED.**

Order Date:        March 4, 2008

                                         ELIZABETH A. KOVACHEVICH
                                         UNITED STATES DISTRICT JUDGE

Effective Date:    March 15, 2008
                   (if different from Order date)